IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**JOHN G. SMITH, JR.,**

**Plaintiff,**

**v.**

**MERCK & CO. INC.,**
**also d/b/a MERCK SHARP AND DOHME**
**and d/b/a MSD SHARP & DOHME Gmbh,**
**and EISELE'S CASEYVILLE PHARMACY**
**INC., d/b/a CASEYVILLE PHARMACY,**

**Defendants.**                                             No. 05-CV-0529-DRH


## ORDER

**HERNDON, District Judge:**

Pending before the Court is Merck's July 29, 2005 motion to stay all proceedings (Doc. 4). Specifically, Merck moves the Court to stay this action pending its likely transfer to ***In re Vioxx Products Liab. Litig.*, (MDL) No. 1657**. As of this date, Plaintiff has not responded to the motion. Pursuant to **LOCAL RULE 7.1(g)**, the Court considers this failure an admission of the merits of the motion.[1] Thus, the Court **GRANTS** Merck's motion to stay (Doc. 4). The Court **STAYS** this matter

---

[1] "A party opposing such a motion shall have **ten (10) days** after service of the motion to file a written response. Failure to file a timely response to a motion may, in the court's discretion, be considered an admission of the merits of the motion." **LOCAL RULE 7.1(g)**.

pending its transfer to the MDL.

**IT IS SO ORDERED.**

Signed this 16th day of August, 2005.

/s/    David RHerndon
**United States District Judge**